

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL JANGL, | § | No. 08-19-00253-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law Number Two |
| THE STATE OF TEXAS, | § | |
| | | of Hays County, Texas |
| Appellee. | § | |
| | | (TC# 19-1183CR) |
| | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH OF JUNE, 2021.

Jeff Rose, Former Chief Justice, Third Court of Appeals

Before Palafox, J., Alley, J., and Rose, Former Chief Justice
Rose, Former Chief Justice (Sitting by Assignment)